IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| DEXTER PALMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 604-075 |
| | ) |
| HUGH SMITH, Warden, et al., | ) |
| | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants McGinnis and Reese are **DISMISSED**.

SO ORDERED this 16 day of June, 2005.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT