IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| DEXTER PALMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 604-075 |
| | ) |
| NEAL OLIVER, et al., | ) |
| | ) |
| Defendants. | ) |

---

## O R D E R

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed.  Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Defendants' motion for summary judgment (doc. no. 52) is **GRANTED IN PART** and **DENIED IN PART**, and a **FINAL JUDGMENT** is **ENTERED** in favor of Defendant Dr. Jones.  In addition, Plaintiff's pending motions for judgment on the pleadings (doc. no. 74) and for "judicial notice" (doc. no. 76) are **DENIED**.

SO ORDERED this 7 day of March, 2006.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT