UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DEXTER PALMER

    Plaintiff,

v.                  604CV075

TRACE SIMMONS, *et al.*,

    Defendants.

### ORDER

42 U.S.C. § 1983 inmate-plaintiff Dexter Palmer's motion for leave to proceed *in forma pauperis* (IFP) is **DENIED**. Doc. # 157. In that Palmer is not being permitted to appeal IFP, he is not entitled to a free trial transcript under 28 U.S.C. § 753(f).[1] Nor has he raised any issue of substantial enough merit to warrant a free trial transcript under 28 U.S.C. 1915(c),[2] so his transcript request (doc. # 159) also is **DENIED**.

This 6 day of June, 2007.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] In pertinent part that statute provides:

> (f) Each reporter may charge and collect fees for transcripts requested by the parties, including the United States, at rates prescribed by the court subject to the approval of the Judicial Conference.... Fees for transcripts furnished in proceedings brought under section 2255 of this title to persons permitted to sue or appeal *in forma pauperis* shall be paid by the United States out of money appropriated for that purpose if the trial judge or a circuit judge certifies that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal. Fees for transcripts furnished in *other* proceedings to persons *permitted* to appeal *in forma pauperis* shall also be paid by the United States if the trial judge or a circuit judge certifies that the appeal is not frivolous (but presents a substantial question).....

28 U.S.C. § 753(f) (emphasis added).

[2] That subprovision states:

> (c) Upon the filing of an affidavit in accordance with subsections (a) and (b) and the prepayment of any partial filing fee as may be required under subsection (b), the court may direct payment by the United States of the expenses of (1) printing the record on appeal in any civil or criminal case, if such printing is required by the appellate court; (2) preparing a transcript of proceedings before a United States magistrate judge in any civil or criminal case, if such transcript is required by the district court, in the case of proceedings conducted under section 636(b) of this title or under section 3401(b) of title 18, United States Code; and (3) printing the record on appeal if such printing is required by the appellate court, in the case of proceedings conducted pursuant to section 636(c) of this title. Such expenses shall be paid when authorized by the Director of the Administrative Office of the United States Courts.

28 U.S.C. § 1915(c).